[No. 19794-1-I. Division One. December 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAN DEAN DOROSKY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-04110-7, Stephen M. Reilly, J., entered January 8, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 19048-2-I. Division One. December 23, 1987.]

VICTORIA M. WILSON, *Respondent,* v. MARGARET CAHILL DECKER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Island County, No. 15150, Howard A. Patrick, J., entered July 26, 1985. *Reversed* by unpublished opinion per Williams, J., concurred in by Swanson and Coleman, JJ.

[No. 17490-8-I. Division One. December 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. VERONICA PRESHAW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-8-04270-2, Jack A. Richey, J. Pro Tem., entered April 23, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson, J., and Cole, J. Pro Tem.